## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                      Case No.:      5:26-MJ-39 (ML)

    v.

LUCAS THOMAS PEREIRA,

           Defendant.

## NOTICE OF APPEAL

Notice is given that the Government hereby appeals to the District Court for the Northern District of New York from the Decision and Order (Dkt. No. 18) and Judgment dismissing the criminal complaint with prejudice (Dkt. No. 19) entered on April 2, 2026.

Dated: April 2, 2026

                                        TODD BLANCHE
                                        Deputy Attorney General

                                        JOHN A. SARCONE III
                                        First Assistant United States Attorney

By:   */s/ Kevin Cheung*
                                        Kevin Cheung
                                        Assistant United States Attorney
                                        Attorney Bar Roll No. 707183
                                        15 Henry Street, Room 304
                                        Binghamton, New York 13901
                                        T: (607) 773-2725
                                        Kevin.Cheung@usdoj.gov

cc:     Office of the Federal Public Defender (via CM/ECF)